## 21345. GRAHAM v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial based upon the usual general grounds only.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 13, 1931.

*Dampier & Watson,* for plaintiff in error.
*J. A. Merritt, solicitor,* contra.